# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1920

_____

John L. Corrigan, Jr.,

*Plaintiff - Appellant,*

v.

City of Savage, a municipal entity; Kyle Klapperick, Police Officer; Alexandria Marklowitz, Police Officer; Amber Bernier, a private individual; Nelson Rhodus, Assistant Scott County Attorney; Christian Wilton, Judge; Lynn Hanson, Probation Officer; Gabe Kerkaert, Police Officer; Edward Culbreth, Officer; Ashley Uthe, Police Officer; Luke Hennen, Scott County Sheriff; Scott County, a municipality,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: November 25, 2019
Filed: December 2, 2019
[Unpublished]

_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

John Corrigan appeals the district court's[1] dismissal of his pro se action asserting claims under 42 U.S.C. § 1983 against the City of Savage and several of its police officers, Scott County and several of its employees, the trial court judge who presided over his criminal trial, and the victim of the underlying criminal charge. After careful de novo review, we conclude that the district court did not err in dismissing the case. See Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (de novo review of grant of Rule 12(b)(6) motion); Saterdalen v. Spencer, 725 F.3d 838, 840-41 (8th Cir. 2013) (de novo review of district court's grant of judgment on the pleadings). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.